*Jones, J*

Edward P. Kelly (EK 8340)
Tiajoloff & Kelly
The Chrysler Building, 37th Fl.
405 Lexington Avenue
New York, NY 10174
(212) 490-3285

Attorneys for Plaintiff
Schott AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Schott AG                                          :     **NOTICE OF VOLUNTARY**
                                                   :     **DISMISSAL OF COMPLAINT**
          Plaintiff,                               :     **PURSUANT TO RULE 41(a)**
                                                   :     **FED. RULES CIV. P.**
                                                   :     4518
                                                   :     08 Civ. 8993 (BSJ)
     v.                                            :     Hon. Barbara S. Jones
                                                   :
                                                   :
CHEM Flowtronics                                   :
                                                   :
          Defendant                                :
------------------------------------------------------------x

    Pursuant to Rule 41(a), Fed. Rules Civ. P., the Plaintiff in the referenced action Schott AG hereby voluntarily withdraws its Complaint without prejudice in the referenced action. The Complaint has not been served.

                                      Respectfully submitted,

Dated: May 28, 2008

                                       Edward P. Kelly
                                       Attorneys for Plaintiff
                                       Schott AG

Tiajoloff & Kelly
The Chrysler Building, 37th Fl.
405 Lexington Avenue
New York, NY 10174
(212) 490-3285 (tel.)
(212) 490-3295 (fax)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08
```

*Barbara S. Jones (signature)*